B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In re  SETH HOWARD HOROWYTZ  ,         Case No.  18-19430-EPK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| 777 Equipment Finance LLC | Sterling National Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  P. Matthews, 777 Equip Finance LLC, 2 Corporate Dr, #760, Shelton, CT 06484

Court Claim # (if known): __18__
Amount of Claim: $53,872.64
Date Claim Filed: 10/26/2018

Phone: (917) 451-3234
Last Four Digits of Acct #: _____

Phone: (516) 327-7755
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  777 Equipment Finance LLC #2,
  PO Box 75082, Chicago, IL 60675-5082

Phone: (561) 797-2808
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 7/29/2021
   Transferee/Transferee's Agent
   Howard J. Toland, Esq.
   FL Bar # 399576

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.